UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: TAMA MANUFACTURING :
    COMPANY, INC., :     Case No. 09-21395REF
    Putative Debtor :

## **O R D E R**

AND NOW, this 22d day of June, 2010, upon my consideration of the involuntary petition filed by Barbara Keiper, Edward Yost and Ernest Senefeld ("Petitioning Creditors") against Tama Manufacturing Company, Inc. ("Tama"), the answer thereto filed by Tama, and the briefs filed by the parties, and after a trial held on September 4 and 21, 2009, and for the reasons set forth in the accompanying Memorandum Opinion,

    IT IS HEREBY ORDERED that the involuntary petition against Tama is hereby DISMISSED.

    IT IS FURTHER ORDERED that a hearing shall be held on Tama's request that costs and attorneys' fees be assessed against the Petitioning Creditors

pursuant to 11 U.S.C. §303(i), as set forth below:

**U.S. Bankruptcy Court – E.D. Pa.**
**Third Floor, The Madison**
**4th and Washington Streets**
**Reading, PA, 19601**
**on July 7, 2010, at 10:00 a.m., prevailing time.**

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge